# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2015

## NO. 03-15-00157-CV

**Aramark Uniform & Career Apparel, LLC, Appellant**

**v.**

**Agentek, Inc., Appellee**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on February 24, 2015. Having reviewed the record, the Court holds that Aramark Uniform & Career Apparel, LLC has not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.